UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Gary S Jenkins<br>    Darlene G Jenkins<br><br>        Debtors | Chapter 13<br>Bankruptcy No.19-17647-JKF |

OBJECTION OF CHAPTER 13 TRUSTEE
TO CONFIRMATION OF PLAN OF DEBTORS

**AND NOW** comes Scott F. Waterman, Esq., Standing Chapter 13 Standing Trustee, to object to confirmation of the chapter 13 plan of the Debtors, because it fails to comply with 11 U.S.C. Sections 1322 and/or 1325 of the Bankruptcy Code, and/or Debtors have failed to provide information, evidence, or corrections to the petition, schedules, statements, or other documents filed by Debtors to enable the standing trustee to evaluate the Plan for confirmation, as follows:

Schedules I and J indicate that the debtor(s) will not be able to make all payments under the Plan and to comply with the Plan, in violation of 11 U.S.C. Section 1325 (a)(6).

**WHEREFORE**, the standing trustee requests that the Court enter an order in the form annexed hereto denying confirmation of the Plan.

Respectfully submitted,

*/s/ Scott F. Waterman*
Scott F. Waterman, Esquire
Chapter 13 Standing Trustee